# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | 2:07-CR-00191-PMP-LRL |
| vs. ) | **ORDER** |
| BRIAN JOSEPH CAMPBELL, ) | |
| Defendant. ) | |

**IT IS ORDERED that** Defendant Brian Joseph Campbell's supervised release is modified as follows: Defendant Campbell shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer.  Additionally, if Defendant Campbell tests positive for alcohol and/or a controlled substance or violates the conditions at the C.A.R.E. program, he will be taken into custody for a minimum custodial period of seven days.

DATED:  July 14, 2010.

_____
PHILIP M. PRO
United States District Judge